


Richard J. Worst, ISB#4621
Kirk A. Melton, ISB #8707
WORST, FITZGERALD & STOVER, PLLC
905 Shoshone Street North
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF JEROME

| | |
|---|---|
| IKE ELLIS and SARA ELLIS, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>DWAYNE D. RIESE, an individual; GEORGE BROTHERS, INCORPORATED, a Nebraska Corporation, DBA GEORGE BROS., INC., DBA GBI CARRIERS, INC.; JOHN DOES 1 – 10; and CORPORATIONS XYZ,<br><br>Defendants. | Case No. CV 2014-85<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**Filing Fee:** $96.00<br>**Category:** A |

COME NOW the Plaintiffs, IKE ELLIS and SARA ELLIS, by and through their counsel of record, Richard J. Worst of the law firm of WORST, FITZGERALD & STOVER, PLLC and, for a cause of action against the Defendants, hereby state and allege as follows:

**COMPLAINT AND DEMAND FOR JURY TRIAL - 1**

GBI/GEORGE BROS      Fax:402-773-5551      Mar 14 2014 12:33pm      P005

## PARTIES AND JURISDICTION

1. Plaintiffs, Ike Ellis and Sara Ellis, are now and, at all relevant times herein have been, residents of the City of Eden, County of Jerome, state of Idaho.

2. Defendant, Dwayne D. Riese ("Riese"), is now and, at all relevant times herein has been, a resident of the City of Holstein, County of Adams, state of Nebraska.

3. Defendant, George Brothers, Incorporated, doing business as George Bros., Inc., doing business as GBI Carriers, Inc. ("George Brothers"), is now, and at all relevant times herein has been, a corporation duly organized and operating business in the state of Nebraska, with its principal place of business in the City of Sutton, Clay County, Nebraska.

4. John Does 1 – 10 are individuals whose true names are unknown, but who may have an interest in this matter as Defendants legally liable to the Plaintiffs for their damages.

5. Corporations XYZ are legal entities whose true names are unknown, but who may have an interest in this matter as Defendants legally liable to the Plaintiffs for their damages.

6. John Does 1 – 10 and Corporations XYZ may include, but are not limited to, Defendants who own, possess and/or control personal and/or real property situated at or near, or adjacent to the location at which the accident, which is the subject of this action, took place.

7. This is a claim for personal injury and emotional distress arising out of a motor vehicle accident which occurred on September 30, 2013 at the intersection of 1010 South and 2281 East near the City of Eden, Jerome County, state of Idaho.

8. This Court has jurisdiction over the Defendants, the accident having occurred in the County of Jerome, state of Idaho.

9. This cause of action involves a claim for money damages in excess of $10,000.00, the minimal jurisdictional amount of this court.

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

10.   Venue in the Fifth District Court in and for the County of Jerome is proper pursuant to *Idaho Code* § 5-404.

## COUNT ONE
## NEGLIGENCE/GROSS NEGLIGENCE/RECKLESSNESS

11.   Plaintiffs reallege by reference each and every allegation contained in the above paragraphs and incorporate the same as if fully set forth herein.

12.   On September 30, 2013, at approximately 7:53 a.m., Ike Ellis was the driver of a 1996 Ford F250 pickup while traveling eastbound on 1010 South. At the same time and place, Defendant Dwayne D. Riese, who was driving a 2006 Freightliner tractor trailer owned by George Brothers, attempted to turn left into a driveway from 1010 South thereby causing the tractor trailer to collide with the vehicle driven by Ike Ellis.

13.   As a direct and proximate result of Defendant Riese's negligence, gross negligence and recklessness, Plaintiff Ike Ellis suffered severe personal injuries, including, without limitation, a broken right knee, a facial fracture and bruising, four broken ribs, injuries to his sternum and right thumb, as well as confusion, blurred and double vision, memory loss and severe headaches.

14.   Plaintiffs Ike and Sara Ellis incurred special damages in the form of medical expenses for the treatment of Ike's injuries. Plaintiffs Ike and Sara Ellis expect to incur additional medical expenses and wage loss in the future as a direct and proximate result of this accident. Additionally, Plaintiff Ike Ellis suffered general damages arising from his pain, suffering, disability, disfigurement, lost wages, inconvenience, and lost enjoyment of life, the sum of which exceeds $10,000.00.

## COUNT TWO

### NEGLIGENCE *PER SE*

15. Plaintiffs reallege by reference each and every allegation contained in the above paragraphs and incorporate the same as if fully set forth herein.

16. The negligent acts and omissions include, but are not limited to: inattentive driving in violation of I.C. §49-1401(3); failure to yield the right of way in violation of I.C. § 49-807; among other violations of law.

17. Following the motor vehicle accident at issue herein, Dwayne Riese was issued a citation for inattentive driving, in violation of *Idaho Code* § 49-1401(3).

18. On October 21, 2013, Dwayne D. Riese entered a plea of guilty of the above charge in Jerome County Case No. CR 2013-0005112.

19. As a direct and proximate result of Dwayne D. Riese's negligence *per se*, Ike and Sara Ellis suffered special damages in the form of medical expenses to date, future medical expenses, wage loss and general damages for pain, suffering, disability, disfigurement, inconvenience, lost wages, and lost enjoyment of life, the sum of which exceeds $10,000.00.

## COUNT THREE
### VICARIOUS LIABILITY OF GEORGE BROS., INC.
### (*RESPONDEAT SUPERIOR*)

20. Plaintiffs reallege by reference each and every allegation contained in the above paragraphs and incorporate the same as if fully set forth herein.

21. Riese was, at the time of the accident, driving a 2006 Freightliner tractor trailer which is believed to be owned by George Brothers, with the knowledge, consent, and permission of George Brothers.

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

22. At the time of the accident, Riese was acting as an employee, agent and/or servant of George Brothers.

23. Upon information and belief, at the time of the accident, Riese was wholly or partially engaged in the business of George Brothers, reasonably appeared to be engaged in George Brothers' business, and was otherwise under the direction or control of George Brothers while using its property.

24. Pursuant to the doctrine of *respondeat superior* and Idaho statutory and common law, including without limitation *Idaho Code* §§ 6-1607 and 49-2417, any and all negligence, recklessness, gross negligence and/or negligence *per se* of Riese is imputed to George Brothers, and George Brothers is vicariously liable to Plaintiffs for their special and general damages in an amount to be proven at trial, but in excess of $10,000.

## COUNT FOUR

### INTENTIONAL AND/OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

25. Plaintiffs reallege by reference each and every allegation contained in the above paragraphs and incorporate the same as if fully set forth herein.

26. As a direct and proximate result of Defendants' intentional and/or negligent actions and omissions, Plaintiff Ike Ellis has suffered severe emotional distress, which has manifested into physical symptoms and injuries, including, but not limited to: anxiety, depression, sleeplessness, headaches, and other physical ailments to be proven at trial.

27. As a proximate result of the emotional distress, Plaintiffs Ike and Sara Ellis have incurred medical expenses, lost wages, and lost income, will incur medical expenses and wage loss in the future, has sustained other special damages, and has sustained general damage in an amount to be proven at trial, but in excess of $10,000.00.

COMPLAINT AND DEMAND FOR JURY TRIAL - 5

GBI/GEORGE BROS    Fax:402-773-5551    Mar 14 2014 12:35pm    P009

DATED this 27th day of January, 2014.

WORST, FITZGERALD & STOVER, PLLC

By: _____
Richard J. Worst

## DEMAND FOR JURY TRIAL

COME NOW, the Plaintiffs, by and through their attorneys of record, WORST, FITZGERALD, & STOVER, PLLC, and demand a twelve person jury trial pursuant to Rule 38(b) of the Idaho Rules of Civil Procedure.

DATED this 27th day of January, 2014.

WORST, FITZGERALD & STOVER, PLLC

By: _____
Richard J. Worst

COMPLAINT AND DEMAND FOR JURY TRIAL - 7